ORIGINAL   **Send**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTE ORDER - GENERAL

Case No. CR 01-1022-RSWL                          Date February 15, 2002

PRESENT: HONORABLE RONALD S. W. LEW, DISTRICT JUDGE

| Kelly Davis | Not present | Elizabeth Yang, Not present |
|---|---|---|
| COURT CLERK | COURT REPORTER | ASSISTANT U.S. ATTORNEY |

| U.S.A. -v- DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) JAVID NAGHANI | (1) THEODORE S. FLIER |
| NOT PRESENT X CUSTODY | NOT PRESENT X RETD |

PROCEEDINGS: IN CHAMBERS

The Court hereby reschedules the sentencing for the above defendant from March 4, 2002, until **March 18, 2002, at 10:00 a.m.** All parties are ORDERED to appear on that date.

cc: USPO



Initials of Deputy Clerk kd

