**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Priority
✓ Send
___ Clsd
03-18-02 ___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No: CR 01-1022-RSWL                                    Date and Filed: March 18, 2002

PRESENT: HONORABLE RONALD S. W. LEW, Judge

| Kelly Davis | Roger May | Elizabeth Yang |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U. S. Attorney |
| JAVID NAGHANI | Theodore FLier | Nikki Farasatpour |
| Defendant - custody | Counsel - retd | Farsi Interpreter |

**SENTENCE:**

__X__ REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER (attached hereto) or
__X__ SEE BELOW.
_____ Imprisonment for _____ on each of count(s) _____ Count(s) _____
_____ concurrent/consecutive to count(s) _____ Fine of $_____ is
        imposed on each of count(s) _____ Execution ___ Imposition of ___ Sentence
        as to imprisonment only suspended
        on counts _____.
_____ Imposition of fine suspended on count(s) _____.
_____ Confined in a jail-type institution for _____ to be served
        on consecutive _____ from _____ to _____,
        commencing _____ to _____,
        and thereafter until the jail-type sentence has been completed;
_____ _____ months/years _____ SUPERVISED RELEASE _____ PROBATION imposed on
        count(s) _____ consecutive/concurrent to count(s) _____
        under the usual terms and conditions (see back of Judgment/Commitment Order)
        and the following additional terms and conditions, under the direction of the Probation Office:

        _____ Perform _____ hours of community service.
        _____ Serve _____ in a CCC/CTC.
        _____ Pay $_____ fine in amounts and times determined by P/O.
        _____ Make $_____ restitution in amounts and times determined by P/O.
        _____ Participate in a program for treatment of narcotic/alcohol addiction.
        _____ Pay any fine, assessment or costs imposed by this sentence & that remains
              unpaid at commencement of community supervision.
        _____ Comply with the rules/regulations of INS, if deported not return to U.S.A.
              illegally and upon any reentry during period of supervision report to the
              nearest P/O within 72 hours.

_____ Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment and
        supervision. The Court FINDS the defendant does not have the ability to pay.
_____ Pay $_____, per count, special assessment to the United States for a total of $_____
_____ Imprisonment for _____ and for a study pursuant to 18 USC _____ with results to be
        furnished to the Court within _____, not later than _____, whereupon the sentence
        shall be subject to modification. This matter is set for further hearing on _____
_____ Government's motion to dismiss underlying indictment is _____.
__X__ Defendant has right to appeal verdict and sentence within 10 days of today's date.
_____ ORDER sentencing transcript for Sentencing Commission. _____ FILED statement of reasons.
_____ Bond exonerated _____ upon surrender _____ upon service of _____.
_____ Execution of sentence is stayed until 12 noon, _____ at which
        time the defendant shall surrender to the designated facility of the Bureau of
        Prisons or, if no designation made, to the U. S. Marshal, Los Angeles.
_____ Defendant ORDERED remanded to/released from custody of U.S. Marshal for _____
_____ Issued remand/release #_____.
_____ Present bond to continue as bond on appeal.
__X__ Downward departure motion **DENIED** by Court.
_____ Upward departure motion _____ by Court.
__X__ FILED and distributed judgment. Issd JS-3. ENTERED.

                                                                ENTERED
                                                    CLERK, U.S. DISTRICT COURT
                                                         MAR 25 2002
                                                  CENTRAL DISTRICT OF CALIFORNIA
                                                    BY _____ DEPUTY

                                    Deputy Clerk Initials kd

United States District Court                                                P - SEND
Central District of California

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA vs. | | Docket No. | CR 01-1022-RSWL |
| Defendant | JAVID NAGHANI | Social Security No. | 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 |
| AKA's: | NONE | | |
| Residence | METROPOLITAN DETENTION CENTER | MAILING ADDRESS: | 5821 MCDONIE AVENUE |
| Address | 535 N. ALAMEDA STREET | | WOODLAND HILLS, CA. 91367 |
| | LOS ANGELES, CA. 90012 | | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person,
on this date: __03__ __18__ __02__
                Month / Day / Year

COUNSEL:    __XX__ WITH COUNSEL   __THEODORE FLIER, RETD__
                                   (Name of Counsel)

PLEA:       _____ GUILTY, and the Court being satisfied that there is a factual
            basis for the plea.  _____ NOLO CONTENDERE  _____ NOT GUILTY

FINDING:    There being a finding/verdict of _X_ GUILTY, defendant has been convicted as charged of
            the offense(s) of:

   Interference with Flight Crew Members and Attendants (Single-Count
   Indictment), in violation of Title 49 United States Code, Section 46504.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient
cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and
convicted:

IT IS ORDERED that the defendant shall pay to the United States a special assessment
of $100.00, which is due immediately to the Clerk of Court.

It is ordered that the defendant shall pay to the United States a total fine of
$6,000, which shall bear interest as provided by law. The fine shall be paid within
thirty days of the date of this judgment.

The defendant shall comply with General Order 01-05.

PURSUANT TO THE SENTENCING REFORM ACT OF 1984, it is the judgment of the Court that
the defendant, Javid Naghani, is hereby committed on the Single-Count Indictment to
the custody of the Bureau of Prisons to be imprisoned for a term of 33 months.

Upon release from imprisonment, the defendant shall be placed on supervised release
for a term of three years under the following terms and conditions:

   1. The defendant shall comply with the rules and regulations of the U. S.
      Probation Office and General Order 318;
   2. The defendant shall participate in outpatient substance abuse treatment
      and submit to drug and alcohol testing, as instructed by the Probation
      Officer. The defendant shall abstain from using illicit drugs, using
      alcohol, and abusing prescription medications during the period of
      supervision;
   3. During the period of community supervision, the defendant shall pay the
      special assessment in accordance with this judgment's orders pertaining
      to such payment;
   4. The defendant shall notify the Court, through the Probation Office, of
      any material change in the defendant's economic circumstances that might
      affect the defendant's ability to pay special assessments;

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR 01-1022-RSWL |
| Defendant JAVID NAGHANI | Social Security No. 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 |
| AKA's: NONE | |
| Residence METROPOLITAN DETENTION CENTER | MAILING ADDRESS: 5821 MCDONIE AVENUE |
| Address 535 N. ALAMEDA STREET | WOODLAND HILLS, CA. 91367 |
| LOS ANGELES, CA. 90012 | |

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

CONTINUED FROM PAGE ONE:

5. The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at United States Court House, 312 North Spring Street, Room 600, Los Angles, California, 90012.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge _____
RONALD S.W. LEW

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed: March 18, 2002         By_____Kelly Davis_____
Month / Day / Year                      Deputy Clerk

PAGE TWO OF FOUR

U.S.A. vs JAVID NAGHANI                                                    Docket No.: CR 01-1022-RSWL

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act a an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____       BY: _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____       BY: _____

, Deputy Clerk

AO-245-A (01/90)                JUDGMENT AND PROBATION/COMMITMENT ORDER

**U.S.A. vs JAVID NAGHANI**                                          Docket No.: **CR 01-1022-RSWL**

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

### Statutory Provisions Pertaining to Payment and Collection of Financial Sanctions

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

### Special Conditions for Probation and Supervised Release

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

# NOTICE PARTY SERVICE LIST

Case No. _CR01-1022 RSWL_  Case Title _USA vs. Naghani_
Filed Date _3-18-02_  Title of Document _Criminal Minutes - Sentencing_

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| ✓ | PSA (Pretrial Services Agency) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |

| | |
|---|---|
| ✓ | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| ✓ | US Probation Office |
| | US Trustee's Office |

| | *ADD NEW NOTICE PARTY (* print name and address below):* |
|---|---|
| | |

_____
_____
_____

* *Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.*

| | *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|---|
| | |
| | |
| | |

Initials of Deputy Clerk _____

G-75 (11/01)          NOTICE PARTY SERVICE LIST